UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAQUELINE COLLINS, On Behalf of XAVION COLLINS, a Minor; SHELIA LEXIS; ERIC MACKEY; individually and on Behalf of TOBIAS MACKEY, JOVANNA MACKEY AND TOBIAS MACKEY, JR., Minors and the ESTATE OF TOBIAS MACKEY,<br>           Plaintiffs,<br>v.<br><br>CITY OF DALLAS, TEXAS; CHIEF DAVID BROWN; and MATTHEW TATE<br>           Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br><br>3:12-CV-2584-O-BD<br>ECF |

**DEFENDANT DAVID BROWN'S CONSENT TO REMOVAL**

TO THE HONORABLE COURT:

1.1   On 7 October 2011, Plaintiff Jaqueline Collins brought suit on behalf of Xavion Collins, a minor child, against the City of Dallas, Texas. Collins filed suit in the 160th Judicial District Court of Dallas County, Texas. (*See* ECF #2-1 at PageID 16, 21.)

1.2   On 19 July 2012 the state-court petition was amended to add other plaintiffs and defendants David Brown and Matthew Tate. (*Id.* at PageID 17.) The amended petition alleged federal question claims. (*See id.* at PageID 60-75.) The City of Dallas timely removed to this district court on 31 July 2012. (*See* Court's Docket; ECF #1-2.)

1.3   Unbeknownst to defendant City of Dallas, on 26 July 2012, Brown was served with citation and a copy of Plaintiffs' First Amended Petition by certified mail.

1.4   Defendant David Brown hereby agrees with the notice of removal previously filed by the City of Dallas, and consents to the removal of this action to federal court.

1.5   David Brown will file his answer on or before 16 August 2012.

Respectfully submitted,

THOMAS P. PERKINS, JR.
Dallas City Attorney

*s/ Jason G. Schuette*
Executive Assistant City Attorney
Texas Bar No. 17827020
jason.schuette@dallascityhall.com

Patricia M. De La Garza
Executive Assistant City Attorney
Texas Bar No. 13897900
patricia.medrano@dallascityhall.com

City Attorney's Office
Dallas City Hall, Room 7B North
1500 Marilla Street
Dallas, Texas  75201
Telephone:	214-670-3519
Telecopier:	214-670-0622

*Attorneys for Defendants*
*City of Dallas, Texas and David Brown*

**CERTIFICATE OF SERVICE**

      I hereby certify that on 3 August 2012, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means:

Susan E. Hutchinson
Kern Lewis
Wes Dauphinot
Hutchinson, Lewis & Dauphinot, P.C.
611 S. Main Street, Suite 700
Grapevine, Texas  76051
*Attorneys for Plaintiffs*

Brian Arnold
Eberstein, Eberstein & Witherite
3100 Monticello Avenue, Suite 500
Dallas Texas  75205
*Attorneys for Plaintiffs*

                                      *s/ Jason G. Schuette*
                                      Executive Assistant City Attorney